UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHEILA WOLK,

                      Plaintiff,                    10 **CIVIL** 4135 (RWS)

         -against-                                  **JUDGMENT**

KODAK IMAGING NETWORK, INC.,
EASTMAN KODAK COMPANY, AND
PHOTOBUCKET.COM, INC.,
                      Defendants.
-----------------------------------------------------------X

        Whereas there are seven motions pending before this Court, and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on December 21, 2011, having rendered its Opinion denying Wolk's motion for partial summary judgment against the Kodak Defendants, motion for summary judgment against Photobucket, motion to amend, motion to admit expert testimony, and motion to investigate, and granting Defendants' motions for summary judgment, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated December 21, 2011, Wolk's motion for partial summary judgment against the Kodak Defendants, motion for summary judgment against Photobucket, motion to amend, motion to admit expert testimony and motion to investigate are denied, and the Defendants' motions for summary judgment are granted.

**Dated:**  New York, New York
           January 31, 2012                                  **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                        **BY:**
                                                                 **Deputy Clerk**

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____